## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA HISSAM, | ) | Civil Division |
| | ) | |
| Plaintiff, | ) | No. 09-1069 |
| | ) | |
| v. | ) | Judge Gary L. Lancaster |
| | ) | |
| CONCORDIA LUTHERAN | ) | |
| HEALTH AND HUMAN CARE, | ) | *Electronically Filed* |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW, come the parties, by and through their counsel, and hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), to the dismissal of the above-captioned action with prejudice, without any award of fees and costs by the Court.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

s/*Erik M. Yurkovich*

Erik M. Yurkovich, Esquire
PA ID No. 83432
207 Pine Creek Road
Building 1, Suite 201
Wexford, PA 15090
724-933-9199

Attorney for Plaintiff

s/ *W. Scott Hardy*

W. Scott Hardy, Esquire
PA ID No. 79225
Four Gateway Center, Suite 400
444 Liberty Avenue
Pittsburgh, PA 15222
412-394-3346

Attorney for Defendant

SO ORDERED, this __25__ day of April, 2011.

_____,C.J.

Hon. Gary L. Lancaster, Chief U.S. District Judge